## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01769-ZLW

KEITH RUSSELL JUDD,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 4 2005

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's "Motion for Relief From Judgment of Dismissal Under Fed. R. Civ. P. Rule 60(b)" filed on November 29, 2005, is DENIED.

Dated: December 14, 2005

Copies of this Minute Order mailed on December 14, 2005, to the following:

Keith Russell Judd
Reg. No. 11593-001
FCI – Allenwood
PO Box 1000
White Deer, PA 17887

Secretary/Deputy Clerk